JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| BEN KWOK, an individual,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>MODCLOTH, INC., a Delaware corporation; SUSTAINABLE APPAREL GROUP, LLC, a Delaware limited liability company; and DOES 1 through 10, inclusive,<br><br>　　　　Defendants. | Case No.: CV 16-3863-DMG (SKx)<br><br>**ORDER ON JOINT STIPULATION TO DISMISS [15]** |

-1-
ORDER ON JOINT STIPULATION TO DISMISS

FOR GOOD CAUSE APPEARING, the following is hereby ORDERED:

A. The above-entitled action is dismissed with prejudice;

B. This dismissal is subject to and predicated upon the settlement agreement that gave rise to this dismissal;

C. This Court will retain jurisdiction to enforce the settlement agreement that precipitated this dismissal;

D. The parties will each bear their own costs incurred in this action; and

E. The order to show cause dated July 27, 2016 [Doc. # 14] is DISCHARGED.

IT IS SO ORDERED.

DATED: August 3, 2016

_____
DOLLY M. GEE
UNITED STATES DISTRICT JUDGE